United States District Court
For the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 JUL 29 AM 10: 54

WILLIAM W. BLEVINS
CLERK

15-3068

SECT. H MAG. 4

Lloyd Harris, Pro Se
**Plaintiffs**

-vs-

Lloyd N. Shields (La. Bar No. 12022), ABC Insurance Company
Andrew G. Vicknair (La. Bar No. 28448), ABC Insurance Company
Jeffrey K. Prattini (La. Bar No. 30679), ABC Insurance Company
Jessica R. Derenbecker (La. Bar No. 32425), ABC Insurance Company
Port of South Louisiana, ABC Insurance Company; URS Corporation, ABC Insurance Company; AECON Corporation, ABC Insurance Company; Joel T. Chaisson; Paul Aucoin; Mike Patorno; Andrew Piper; D. Paul Robichaux; Joseph M. Scontrino, III; P. Joey Murray, III; Stanley Bazile; Raymond Fryoux; Louis A. Joseph; Robert "Poncho" Roussel
**Defendants**

## COMPLAINT FOR DAMAGES

### JURISDICTION

1.

Hon. Madelin Jasmine, Judge, 40th Judicial District Division "A"

### PARTIES

2.

Plaintiffs          Lloyd Harris, of the full age of majority and domiciled in Jefferson Parish.

Defendants Lloyd N. Shields (La. Bar No. 12022), ABC Insurance Company; Andrew G. Vicknair (La. Bar No. 28448), ABC Insurance Company; Jeffrey K. Prattini (La. Bar No. 30679), ABC Insurance Company; Jessica R. Derenbecker (La. Bar No. 32425), ABC Insurance Company; Port Of South Louisiana, ABC Insurance Company; URS Corporation, ABC Insurance Company; AECON Corporation, ABC Insurance Company; Joel T. Chaisson; Paul Aucoin; Mike Patorno; Andrew Piper; D. Paul Robichaux; Joseph M. Scontrino, III; P. Joey Murray, III; Stanley Bazile; Raymond Fryoux; Louis A. Joseph; Robert "Poncho" Roussel

### COMPLAINT

3.

√ Fee #400.00
___ Process 18 sms EM
X_ Dktd
___ CtRmDep
___ Doc. No.

Plaintiffs' legal counsel, Lloyd N. Shields, Andrew G. Vicknair, Jeffrey K., and Jessica R. Derenbecker, RICO / professional malpractice by failing to fulfill fiduciary responsibilities by providing proper legal representation for Case No. 63737

Plaintiffs' legal counsel withdrawing from Case No.63737, without an explanation, after handling the case for a substantial amount of time, with no movement towards a resolution

## **DEMAND**

4.

Wherefore, plaintiffs pray that after due proceedings there be a judgment in their behalf and against all defendants jointly, severally, and in solido as follows:

Compensatory, special, and punitive damages;

Appointment of legal counsel to the plaintiffs, since payment for counsel is no longer possible;

Trial by jury; and

Such further relief as this Court deems just and equitable.

Respectfully submitted this 20th day of July 2015,

Lloyd Harris
528 Cohen Street
Marrero, LA 70072
Office: (504) 328-2590
Fax: (504) 328-4467
Email: lharris@harrsibuilder.com