UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LLOYD HARRIS                                        CIVIL ACTION

VERSUS                                              NO. 15-3068

LLOYD N SHIELDS ET AL.                              SECTION H(4)

JUDGMENT

For reasons issued October 7, 2015 and filed herein (R. Doc. 7),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against all Defendants are DISMISSED for lack of subject matter jurisdiction.  This case is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 7th day of October, 2015.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE